JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARJORIE VARIANO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SANTA BARBARA SCHOOL DISTRICTS<br>　　　　Defendants. | CASE NO. CV 10-613-JST(AJWx)<br>[*Assigned to Honorable Josephine Staton Tucker*]<br><br>JUDGMENT |

This matter came on for trial, commencing on June 21, 2011, before the jury and the Honorable Josephine Staton Tucker. Plaintiff was represented by Timothy Sottile. Defendant was represented by Jay Hieatt. The jury, after hearing evidence from both parties, returned a verdict on June 29, 2011, in favor of Defendant on

each of Plaintiff's causes of action. In accordance with the verdict rendered by the jury,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment on each of plaintiff's claims and causes of action is entered in favor of defendant, Santa Barbara School Districts;

2. Plaintiff will take nothing on her causes of action;

3. Defendant is awarded costs in accordance with F.R.C.P. 54(c) and Local Rule 54.

Date: July 19, 2011  _____
Honorable Josephine Staton Tucker